UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20073-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JACK EDWARD COLES**,

    Defendant.

_____/

<b><u>ORDER</u></b>

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Change of Plea, entered on May 21, 2025 [ECF No. 27]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 27]** is **AFFIRMED AND ADOPTED**, and Defendant, Jack Edward Coles's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 27th day of May, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Lisette M. Reid